UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:22-cv-20378-Gayles

**COMMODITY FUTURES TRADING COMMISSION,**

    Plaintiff,

  v.

**THE W TRADE GROUP LLC, LARRY RAMOS MENDOZA AND JOSEPH CARVAJALES,**

    Defendants.

**AGREED MOTION FOR A 90-DAY CONTINUANCE OF ALL DISCOVERY AND PRETRIAL DEADLINES**

 Comes now the Commodity Futures Trading Commission ("Commission" or "CFTC"), pursuant to Local Rule 7.1(a), and seeks a 90-day continuance of all discovery and pretrial deadlines in this matter. In support of its Motion, the CFTC states the following:

 On February 7, 2022, the CFTC filed its Complaint for Injunctive and Other Equitable Relief, Restitution, and Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations (the "Complaint") alleging violations of Sections 4b(a)(1)(A)-(C), 4b(a)(2)(A)-(C), and 4c(b) of the Commodity Exchange Act ("Act"), 7 U.S.C. §§ 6b(a)(1)(A)-(C), 6b(a)(2)(A)-(C), and 6c(b), and Commission Regulation ("Regulation") 5.2(b)(1)-(3) and 33.10(a)-(c), 17 C.F.R. §§ 5.2(b)(1)-(3) and 33.10(a)-(c) (2021). (ECF No. 1).

On the same day, the Clerk of the Court issued Summonses in a Civil Action to Defendants The W Trade Group, LLC ("WTG"), Larry Ramos Mendoza ("Ramos") and Joseph Carvajales (Carvajales").  (ECF No. 3).

On April 22. 2022, the CFTC served WTG's registered agent, Corporate Creations Network, Inc. with the Commission's Complaint.  (ECF No. 8).  WTG's response was due on or before May 13, 2022.  WTG failed to answer or otherwise respond to the Commission's Complaint, and the Commission filed an Application for Clerk's Entry of Default on June 30, 2022.  (ECF No. 14).  The Court entered a Clerk's Entry of Default against WTG on the same day.  (ECF No. 15).

On May 6, 2022, pursuant to Fed. R. Civ. P. 4(e)(1), and Chapter 49 of the Florida Statutes the CFTC moved to effect service of the Complaint and Summons on Ramos by publication. (ECF No. 9).  Finding good cause for service by publication, on May 9, 2022, the Court issued an Order granting the CFTC's motion.  (ECF No. 10).  The Commission effectuated service on Ramos by publication, consistent with the Court's Order.  (ECF Nos. 11-12).  Ramos' answer or other responsive pleading to the CFTC's Complaint is due on or before July 11. 2022.  Should Ramos fail to answer or otherwise respond, the Commission anticipates it will file an Application for Clerk's Entry of Default against Ramos.

Carvajales was served with the Commission's Complaint on March 3, 2022.  (ECF No. 6).  Carvajales filed his Answer (ECF No. 7), and CFTC counsel has been in communication with Carvajales' counsel regarding a potential resolution to this litigation.  CFTC counsel continues to working diligently to pursue this matter in a timely manner, and the parties continue to communicate about a potential resolution to this litigation. The CFTC expects to file papers with this Court within 90 days of the filing of this motion.

This motion is made in good faith and not for purposes of delay. Carvajales' counsel agrees to the filing of this motion.

WHEREFORE, the CFTC respectfully requests that the Court grant a 90-day continuance of all discovery and pretrial deadlines in this proceeding.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

I hereby certify that on July 5, 2022, I emailed counsel for Carvajales regarding the filing of this motion, and on July 7, 2022, counsel for Carvajales agreed to the substance and filing of this motion.

/s/ *Eugenia Vroustouris*
Eugenia Vroustouris

Dated: July 7, 2022

Respectfully submitted,

/s/ *Eugenia Vroustouris*
Eugenia Vroustouris
Alison Wilson
Division of Enforcement
Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
Telephone: (202) 418-5268
Awilson@cftc.gov
Evroustouris@cftc.gov
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2022, I electronically filed the foregoing AGREED MOTION FOR A 90-DAY CONTINUANCE OF ALL DISCOVERY AND PRETRIAL DEADLINES using the CM/ECF filing system.  I also certify that the foregoing document is being served on all parties or counsel of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

Annette Escobar
ACE LAW, P.A.
14200 SW 232nd St.
Miami, FL  33170
Counsel for Joseph Carvajales

                     */s/Eugenia Vroustouris*